# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DEBORAH NEISCH,<br><br>                                    Plaintiff,<br>  vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>                                   Defendant. | CASE NO. 06cv609 DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
|---|---|

     Based on the parties' Joint Motion for attorney fees under the Equal Access to Justice Act, IT IS SO ORDERED that counsel for Plaintiff shall be awarded three thousand four hundred dollars ($3,400.00) in EAJA fees.

DATED: November 20, 2006

_____
HON. DANA M. SABRAW
United States District Judge

cc: all parties